GARY S. ROSE (State Bar No. 83744)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Telephone: (408) 399-4566
Facsimile: (408) 399-6683
Email: groselaw@hotmail.com

Attorneys for Plaintiffs MAREK STOKLOSA, VIVIAN STOKLOSA and 1285 RICHARDSON AVENUE, LLC

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
NORMAN LAU (State Bar No. 253690)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:  mbarnes@sonnenschein.com
        smartin@sonnenschein.com
        nlau@sonnenschein.com

Attorneys for Defendants ALLSTATE INSURANCE COMPANY and MIRANDA CHIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAREK STOKLOSA, VIVIAN STOKLOSA, and 1285 RICHARDSON AVENUE, LLC,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY; MIRANDA CHIU; and DOES 1 through 20, inclusive,<br><br>   Defendants. | No. C08-04961 PVT<br><br>**STIPULATION AND [xxxxxxxxxx]****ORDER REMANDING TO STATE COURT** |

STIP. AND [PROPOSED] ORDER REMANDING TO STATE COURT

**STIPULATION**

The parties to this action, by and through their respective counsel of record, agree and stipulate as follow:

WHEREAS plaintiffs commenced this action in the Superior Court of California for the County of Santa Clara;

WHEREAS Allstate removed the action to this Court under its diversity jurisdiction, claiming defendant Miranda Chiu was an improper defendant;

WHEREAS defendant Chiu thereafter moved to dismiss the claims against her on the ground she was an improper defendant; and

WHEREAS the Court denied defendant Chiu's motion to dismiss, thereby foreclosing the existence of diversity jurisdiction;

NOW, THEREFORE, the parties stipulate that this action should be remanded to the Superior Court of California for the County of Santa Clara for further proceedings under case no. 108CV118713.

IT IS SO STIPULATED.

Pursuant to General Order No. 45, section X(B) regarding signatures, I, Gary Rose, attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 16, 2009          FLYNN, ROSE & PERKINS


                                 By _____/s/ Gary Rose_____

                                 Attorneys for Plaintiffs MAREK STOKLOSA,
                                 VIVIAN STOKLOSA and 1285 RICHARDSON
                                 AVENUE, LLC

Dated: January 16, 2009          SONNENSCHEIN NATH & ROSENTHAL LLP


                                 By _____/s/ Michael Barnes_____

-1-
STIP. AND [PROPOSED] ORDER REMANDING TO STATE COURT

-2-

Attorneys for Defendants ALLSTATE INSURANCE COMPANY and MIRANDA CHIU

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 29, 2009

_____
Patricia Trumbull
U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600

-3-
STIP. AND [PROPOSED] ORDER DENYING MTN. TO DISMISS AND REMANDING TO STATE COURT